UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-5308-MWF(RAOx)**                              Date:  September 12, 2023

Title         **Theresa Brooke v. Mandarin Plaza Group LLC**

Present:  The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

|                     Rita Sanchez                     |                     Not Reported                     |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 3, 2023.  (Docket No. 1).  On August 8, 2023, the parties filed a Stipulation Extending the Time for Defendant Mandarin Plaza Group LLC to File Their Response to the Complaint (the "Stipulation").  (Docket No. 12).  Pursuant to the Stipulation, Defendant Mandarin Plaza Group LLC's response to the Complaint was due no later than August 21, 2023.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 22, 2023**.

■ By Defendant:  Response to the Complaint or an Application for Stay and Early Mediation (the "ADA Application").

    OR

■ By Plaintiff:  A Proof of Service of the Summons, Complaint, and Notice to Parties Re ADA Disability Access Litigation/Application, and an Application for Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-5308-MWF(RAOx)**                    Date:  September 12, 2023

Title          **Theresa Brooke v. Mandarin Plaza Group LLC**

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

        IT IS SO ORDERED.

Initials of Preparer:  RS/sjm